```
             UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF NEW HAMPSHIRE
```

<u>Robert V. Towle</u>

    v.                                    Case No. 13-cv-485-PB

<u>Michelle Hartshorn</u>

### O R D E R

I have reviewed the complaint and it appears to state at least one viable claim over which the court has jurisdiction. I cannot determine whether every claim in the complaint states a viable claim for relief without the assistance of the defendant. Accordingly, I order the complaint to be served without prejudice to the defendant's right to seek dismissal of the complaint for failure to state a claim.

    SO ORDERED.

                                     <u>/s/Paul Barbadoro</u>
                                     Paul Barbadoro
                                     United States District Judge

April 8, 2014

cc: Robert V. Towle, pro se