UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Robert Towle

        v.
                                        Civil No. 13-cv-485-PB

Michelle Hartshorn


O R D E R


    After due consideration of the objection filed, I herewith

approve the Report and Recommendation of Magistrate Judge Andrea

K. Johnstone dated September 16, 2014.


        SO ORDERED.

                                /s/ Paul Barbadoro
                                Paul Barbadoro
                                United States District Judge


Date: October 1, 2014

 cc:  Robert Towle, Pro se
      Nancy Smith, Esq.